UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY WAS,<br><br>  Defendant. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:24-cv-05916 |

## ORDER

Upon consultation with the parties on August 1, 2024; upon consideration of Defendant's Motion to Dismiss, ECF No. 6, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is denied as moot; it is further

**ORDERED** that Defendant may file a revised Motion to Dismiss in response to Plaintiff's Amended Complaint; and it is further

**ORDERED** that the parties shall proceed regarding Defendant's revised Motion to Dismiss in accordance with the following schedule:

| | | **Due Date**<br>**(On or Before)** |
|---|---|---|
| 1. | Defendant's Motion to Dismiss | August 29, 2024 |
| 2. | Plaintiff's Response | September 12, 2024 |

Case 2:24-cv-05916-LMG-JRA   Document 12   Filed 08/02/24   Page 2 of 2 PageID: 125

Consol. Court No. 2:24-cv-05916            Page 2

| 3. | Defendant's Reply | September 24, 2024 |
|---|---|---|

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: August 2, 2024
      Newark, New Jersey