## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JANE DOE,

               Plaintiff,

       v.

JEFFREY WAS,

               Defendant.

Before: Leo M. Gordon, Judge

Court No. 2:24-cv-05916

## ORDER

Upon consultation with the parties, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Oral Argument in this action shall take place on May, 20, 2025 at 2:30 p.m. in Courtroom 3 of the U.S. District Court for the District of New Jersey, Newark, New Jersey.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: April 29, 2025
     Newark, New Jersey