IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JANE DOE,

        Plaintiff,

v.

JEFFREY WAS,

        Defendant.

Civil Action No. 2:24-cv-05916

### Order

THIS MATTER having come before the Court upon the joint request of the parties for a limited extension of certain deadlines set forth in the Court's November 21, 2025, Order (ECF No. 39), and for good cause shown, it is hereby:

**ORDERED** that the deadlines in the November 21, 2025 Order are modified as follows:

1. Paragraph 3 is amended to provide that Plaintiff shall produce to Defendant Plaintiff's medical records, billings, and current medical lien information no later than January 16, 2026.
2. Paragraph 6(a) is amended to provide that the parties' settlement submissions shall be submitted to the Court no later than close of business (5:00 PM) on January 23, 2026.
3. Paragraph 7 is amended to provide that, if additional time is needed, the parties shall notify the Court by joint email one week in advance of the January 16, 2026, deadline, attaching a proposed order with revised dates.
4. All other provisions of the Court's November 21, 2025, Order shall remain unchanged and in full force and effect.

This __18__ day of __December__, 2025, it is so ORDERED.

                                      /s/ Leo M. Gordon
                                      Leo M. Gordon, Judge
                                      U.S. Court of International Trade
                                      (sitting by designation in the District of New Jersey)