IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JANE DOE,

        Plaintiff,

   v.

JEFFREY WAS,

        Defendant.

Civil Action No. 2:24-cv-05916

### Order

**THIS MATTER** having come before the Court upon the joint request of the parties for a limited extension of certain deadlines set forth in the Court's November 21, 2025, Order (ECF No. 39) and as extended in the Court's December 18, 2025 Order (ECF No. 41) and for good cause shown, it is hereby:

**ORDERED** that the deadlines in the November 21, 2025 Order as extended in the December 18, 2025 Order are modified as follows:

1. Paragraph 3 is amended to provide that Plaintiff shall produce to Defendant Plaintiff's current medical lien information and any additional medical records and medical billing no later than February 6, 2026.
2. Paragraph 6.a. is amended to provide that the parties' settlement submissions shall be submitted to the Court no later than close of business (5:00 PM) on February 13, 2026.
3. Paragraph 7 is amended to provide that, if additional time is needed, the parties shall notify the Court by joint email no later than February 9, 2026 attaching a proposed order with revised dates.
4. All other provisions of the Court's November 21, 2025, Order shall remain unchanged and in full force and effect.

**This** <u>20th</u> **day of** <u>January</u>**, 2026 it is so ORDERED.**

     /s/ Leo M. Gordon
**JUDGE LEO M. GORDON**
**U.S. COURT OF**
**INTERNATIONAL TRADE**
**(sitting by designation in the**
**District of New Jersey)**