# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JANE DOE,

        Plaintiff,

   v.

JEFFREY WAS,

        Defendant.

Before: Leo M. Gordon, Judge

Court No. 2:24-cv-05916

## ORDER

Upon consideration of the letter filed by the parties on March 6, 2026, ECF No. 46, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that the parties' request for a 30-day extension to the deadlines set forth in the February 10, 2026 Order, ECF No. 45, is granted; it is further

**ORDERED** that Paragraph 3 of that Order is amended to provide that Plaintiff shall furnish Defendant with Plaintiff's current medical lien information, any additional medical records, and any further medical billing on or before April 6, 2026; it is further

**ORDERED** that Paragraph 6(a) of that Order is amended to provide that the parties' settlement submissions shall be submitted to the court no later than the close of business (5:00 PM) on April 13, 2026; it is further

**ORDERED** that Paragraph 7 of that Order is amended to provide that, if additional time is needed, the parties shall notify the court by joint email no later than the close of business (5:00 PM) on April 8, 2026, and shall include a proposed order with revised

Court No. 2:24-cv-05916                                                                                          Page 2

dates; and it is further

      **ORDERED** that all other provisions of the court's November 21, 2025 Order, ECF No. 39, shall remain unchanged and in full force and effect.

      /s/ Leo M. Gordon
      Leo M. Gordon, Judge
      U.S. Court of International Trade
      (sitting by designation in the District of New Jersey)

Dated: March 9, 2026
      Newark, New Jersey